NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Christine E. Cheung (SBN 335629)
cecheung@jonesday.com
JONES DAY
555 S. Flower St. 50th Fl.
Los Angeles, CA 90071
Phone: 213-489-3939

ATTORNEY(S) FOR: Lufthansa Technik AG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Application of Lufthansa Technik AG for Order Pursuant to 28 USC 1782

Plaintiff(s),

v.

Defendant(s)

CASE NUMBER: 8:22-cv-02336

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for LUFTHANSA TECHNIK AG or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Lufthansa Technik AG | Movant/Applicant; Plaintiff in foreign proceeding |
| Deutsche Lufthansa AG | Owner of 100% of Lufthansa Technik AG and a publicly traded company |
| Thales Avionics, Inc. | Respondent |
| Thales USA Inc. | Parent of Respondent |
| Thales Group | Parent of Thales USA Inc. |
| Astronics Advanced Electronic Systems | Defendant in foreign proceeding |

December 30, 2022
Date

/s/ Christine E. Cheung
Signature

Attorney of record for (or name of party appearing in pro per):

LUFTHANSA TECHNIK AG