1  NICOLE PHILLIS (State Bar No. 291266)
     nicolephillis@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, Suite 2400
3  Los Angeles, California 90017-2566
   Telephone: (213) 633-8657; Fax: (213) 633-6899
4
5  JAMES H. BICKS (*pro hac vice*)
     jbicks@wiggin.com
   WIGGIN AND DANA LLP
6  Two Stamford Plaza, 281 Tresser Boulevard
   Stamford, Connecticut 06901
7  Telephone: (203) 363-7622; Fax: (203) 363-7676

8  SEAN W. VALLANCOURT (*pro hac vice*)
     svallancourt@wiggin.com
9  WIGGIN AND DANA LLP
   437 Madison Avenue, 35th Floor
10 New York, New York 10022
   Telephone: (212) 551-2626; Fax: (212) 551-2888
11
   Attorneys for Intervenor
12 ASTRONICS ADVANCED ELECTRONIC
   SYSTEMS CORP.

13

14                IN THE UNITED STATES DISTRICT COURT
                  THE CENTRAL DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. §1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Thales Avionics, Inc., for Use in Foreign Proceedings. | No. 8:22-mc-00034-JVS-(KESx)<br><br>The Honorable James V. Selna<br><br>**INTERVENOR ASTRONICS ADVANCED ELECTRONIC SYSTEMS CORP.'S RESPONSE TO LUFTHANSA TECHNIK AG'S OBJECTIONS TO AND REQUEST TO VACATE AS MOOT MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING LUFTHANSA'S APPLICATION FOR DISCOVERY IN AID OF FOREIGN LITIGATION PURSUANT TO 28 U.S.C. § 1782** |

INTERVENOR ASTRONICS ADVANCED ELECTRONIC SYSTEMS CORP.'S
RESPONSE TO LUFTHANSA TECHNIK AG'S OBJECTIONS TO AND REQUEST
TO VACATE AS MOOT REPORT AND RECOMMENDATION
Case No. 8:22-mc-0034-JVS-(KESx)

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  For the reasons set forth in Respondent Thales Avionics, Inc.'s ("Thales")
2  Response to Lufthansa Technik AG's Objection (ECF No. 46), Intervenor Astronics
3  Advanced Electronic Systems Corp. respectfully requests that the Court overrule
4  Petitioner Lufthansa Technik AG's ("Lufthansa") objections (ECF No. 44) to
5  Magistrate Judge Scott's thorough and thoughtful Report & Recommendation (ECF
6  No. 41) denying Lufthansa's application (ECF No. 1) for an order authorizing
7  discovery against Thales pursuant to 28 U.S.C. § 1782.

DATED: April 28, 2023           DAVIS WRIGHT TREMAINE LLP
                                NICOLE PHILLIS

                                By: /s/ Nicole S. Phillis
                                    Nicole S. Phillis


DATED: April 28, 2023           WIGGIN AND DANA LLP
                                JAMES H. BICKS
                                SEAN W. VALLANCOURT

                                By: /s/ James H. Bicks
                                    James H. Bicks

                                Attorneys for Intervenor
                                ASTRONICS ADVANCED
                                ELECTRONIC SYSTEMS CORP.

1
INTERVENOR ASTRONICS ADVANCED ELECTRONIC SYSTEMS CORP.'S
RESPONSE TO LUFTHANSA TECHNIK AG'S OBJECTIONS TO AND REQUEST
TO VACATE AS MOOT REPORT AND RECOMMENDATION
Case No. 8:22-mc-0034-JVS-(KESx)

DAVIS WRIGHT TREMAINE LLP
865 SOUTH FIGUEROA STREET, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Phone: (213) 633-8657
Fax: (213) 633-6899