Lawrence D. Rosenberg
(*admitted pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ldrosenberg@jonesday.com

Christine E. Cheung (Cal. Bar No. 335629)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2452
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
cecheung@jonesday.com

*Attorneys for Petitioner*
*Lufthansa Technik AG*

[Additional Counsel Listed on Next Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Application of LUFTHANSA TECHNIK AG, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondent Thales Avionics, Inc., for Use in Foreign Proceedings | Case No. 8:22-mc-00034-JVS-KES<br><br>STIPULATION REGARDING BRIEFING SCHEDULE ON PETITIONER'S AMENDED 28 U.S.C. § 1782 APPLICATION |

EVERSHEDS SUTHERLAND (US) LLP
William T. O'Brien (admitted *pro hac vice*)
williamobrien@eversheds-sutherland.com
700 Sixth St. N.W., Ste. 700
Washington, D.C. 20001
Telephone: (202) 383-0100
Facsimile: (202) 637-3593

ASHBY LAW FIRM P.C.
Joseph R. Ashby (SBN 248579)
joseph@ashbylawfirm.com
811 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90017
Telephone: (213) 232-3810
Facsimile: (213) 429-0976

*Attorneys for Respondent*
*Thales Avionics, Inc.*

DAVIS WRIGHT TREMAINE LLP
Nicole Phillis (State Bar No. 291266)
nicolephillis@dwt.com
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-8657
Fax: (213) 633-6899

WIGGIN AND DANA LLP
James H. Bicks (admitted *pro hac vice*)
jbicks@wiggin.com
Two Stamford Plaza
281 Tresser Boulevard
Stamford, Connecticut 06901
Telephone: (203) 363-7622
Fax: (203) 363-7676

STIPULATION REGARDING BRIEFING SCHEDULE

David Norman-Schiff (admitted *pro hac vice*)
dnorman-schiff@wiggin.com
One Century Tower
265 Church Street
New Haven, Connecticut 06508
Telephone: (203) 498-4360
Fax: (203) 782-2889

Sean W. Vallancourt (admitted *pro hac vice*)
svallancourt@wiggin.com
437 Madison Avenue, 35th Floor
New York, New York 10022
Telephone: (212) 551-2626
Fax: (212) 551-2888

*Attorneys for Intervenor*
*Astronics Advanced Electronic Systems Corp.*

STIPULATION REGARDING BRIEFING SCHEDULE

1  **STIPULATION**

2  Petitioner Lufthansa Technik AG ("Lufthansa"), Respondent Thales

3  Avionics, Inc. ("Thales"), and Intervenor Astronics Advanced Electronic Systems

4  Corp. ("Astronics"), by and through their undersigned counsel, hereby stipulate as

5  follows:

6  WHEREAS, Lufthansa filed an Amended Application [ECF No. 45] with

7  this Court seeking discovery pursuant to 28 U.S.C. § 1782;

8  WHEREAS, Thales intends to respond to that Application;

9  WHEREAS, Astronics may file a response to that Application;

10  WHEREAS, the Parties agree that a stipulated briefing schedule furthers

11  judicial economy and the interests of the Parties;

12  IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED, by and

13  between the undersigned counsel for Lufthansa and Thales, subject to the Court's

14  approval, as follows:

15  Any opposition by Thales to the Amended Application shall be filed on or

16  before Friday, May 19, 2023.

17  Any response by Astronics to the Amended Application shall be filed on or

18  before Friday, May 19, 2023.

19  Lufthansa shall file its replies to any such opposition and response on or

20  before June 9, 2023.

21  Lufthansa can respond to any response filed by Astronics in a separate

22  pleading of up to the same number of pages or words as the pleading filed by

23  Astronics.

24  This matter shall come for hearing on June 29, 2023 at 10:00 a.m., or at such

25  other time as the Court deems appropriate.

26

27  IT IS SO STIPULATED.

28

STIPULATION REGARDING BRIEFING SCHEDULE

1

2    Dated: 18 May 2023        By: */s/ Christine E. Cheung*

3                                 Lawrence D. Rosenberg
4                                 Christine E. Cheung
                                  JONES DAY
5
                                  *Attorneys for Petitioner Lufthansa Technik AG*
6

7    Dated: 18 May 2023        By: */s/ Joseph R. Ashby*

8                                 Joseph R. Ashby
9                                 ASHBY LAW FIRM

10                                *Attorneys for Respondent Thales Avionics Inc.*

11   Dated: 18 May 2023        By: */s/ Nicole S. Phillis*

12
13                                Nicole S. Phillis
                                  DAVIS WRIGHT TREMAINE LLP
14
                                  *Attorneys for Intervenor Astronics Advanced*
15                                *Electronic Systems Corp.*

16   Dated: 18 May 2023        By: */s/ James H. Bicks*

17
18                                James H. Bicks
                                  David Norman Schiff
19                                Sean W. Vallancourt
                                  WIGGIN AND DANA LLP
20
                                  *Attorneys for Intervenor Astronics Advanced*
21                                *Electronic Systems Corp.*

22

23

24

25

26

27

28

1

**L.R. 5-4.3.4(a)(2) CERTIFICATION**

2        Pursuant to L.R. 5-4.3.4(a)(2), the undersigned certifies that all other

3   signatories listed, and on whose behalf the filing is submitted, concur in the filing's

4   content and have authorized the filing.

5

6   Dated: 18 May 2023       By: */s/ Christine E. Cheung*

7                         Lawrence D. Rosenberg

8                         Christine E. Cheung

                           JONES DAY

9

10                       *Attorneys for Petitioner Lufthansa Technik AG*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28