UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUFTHANSA TECHNIK AG,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>THALES AVIONICS, INC.,<br><br>　　　　　　　Respondent. | Case No.  8:22-mc-00034-JVS-KESx<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 41).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 44) have been made and reviewed the responses to those objections (Dkts. 46, 47).  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

//

//

//

1

IT IS THEREFORE ORDERED that Lufthansa's Application For Discovery In Aid of Foreign Litigation (Dkt. 1) is denied. Neither the Report and Recommendation nor this Order addresses Lufthansa's Amended Application For Discovery In Aid of Foreign Litigation (Dkt. 45), which remains pending.

The Court finds that oral argument would not be of assistance, and would only further delay these already protracted proceedings.

DATED: May 19, 2023  _____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE