UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUFTHANSA TECHNIK AG,<br><br>Petitioner,<br><br>v.<br><br>THALES AVIONICS, INC.,<br><br>Respondent. | Case No. 8:22-mc-00034-JVS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 95). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Lufthansa's application (Dkt. 45) is granted in part and denied in part;
2. Lufthansa is authorized to issue the subpoena modified by the Court

and attached to the R&R, with a 60-day deadline for compliance[1];

3. Lufthansa and Thales should each bear 50% of the reasonable costs of complying with the subpoena; and

4. determining the amount of Thales' reasonable costs in complying with the subpoena is referred back to the Magistrate Judge to decide as a non-dispositive, pretrial matter under 28 U.S.C. § 636(b)(1).

DATED: August 29, 2024

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

---

[1] This deadline does not prevent the parties from stipulating to reasonable extensions of time.

2